# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Polu Kai Services, L.L.C. ) ASBCA No. 60216
)
Under Contract No. N40080-11-C-2045 )

APPEARANCE FOR THE APPELLANT: John M. Manfredonia, Esq.
Manfredonia Law Offices, LLC
Creskill, NJ

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Pamela J. Nestell, Esq.
Senior Trial Attorney
Rachel J. Goldstein, Esq.
Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 120 days of the date of this Order.

Dated: 27 September 2016

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60216, Appeal of Polu Kai Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals